IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-02283-RPM

RILEY HALE and
KRISTIN HALE,

        Plaintiffs,

v.

USAA CASUALTY INSURANCE COMPANY,

        Defendant.

_____

ORDER DENYING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
AND FOR SETTING SCHEDULING CONFERENCE
_____

        At the scheduling conference held on October 15, 2014, the parties discussed

the appraisal award made in this case.  As a result of that discussion, the Court

considered the appraisal award to be analogous to an arbitration award and its

enforcement would negate the claims for bad faith and violation of C.R.S.§ 10-3-1115

and § 10-3-1116.  The plaintiffs filed a motion for partial summary judgment on

November 14, 2014, [Doc. 17], seeking enforcement of the appraisal but continuing to

make the claims for bad faith and statutory violations.  The plaintiffs also filed a motion

to quash and for protective order on November 5, 2014, seeking to prevent the

deposition of David Manville concerning the appraisal decision-making process [Doc.

16].  The defendant filed its response to the motion to quash and for protective order on

December 1, 2014, [Doc. 19], and a motion to strike plaintiffs' partial motion for

summary judgment, [Doc. 18].  The defendant also filed a motion for extension of time

to respond to the motion for partial summary judgment [20].  It is now

ORDERED that the plaintiffs' motion for partial summary judgment is denied.  A scheduling conference will be convened and the question of discovery of the umpire and the appraisal process will be discussed at that time.

Dated: December 8th, 2014

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge