**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                January 14, 2015
Courtroom Deputy:    Emily Buchanan
FTR Technician:      Kathy Terasaki

---

Civil Action No. 14-cv-02283-RPM            Counsel:

RILEY HALE, individually, and               John Owen
KRISTIN HALE, individually,                 Marie Drake

     Plaintiffs,

v.

USAA CASUALTY INSURANCE COMPANY, a          David Schaller
Texas corporation,                          Cara Dearman

     Defendant.

---

### COURTROOM MINUTES

**FURTHER SCHEDULING CONFERENCE / MOTION HEARING**

**10:26 a.m.**     **Court in session.**

Discussion regarding the question of discovery of the umpire and the appraisal process, Exhibit B (Doc. No. 19-2), stonework at the house and the dispute as to the damage, the timing of the estimate as to the stonework, what the appraisal award relied on, the question of hail damage, evidence of bad faith, and experts.

Court informs counsel they may file a joint motion for reference for a settlement conference before Magistrate Judge Mix.

**ORDERED:**   The appraisal award is accepted as the measure of damages on the claim for breach of contract. The defendant's defense to that claim may include the contention that the award should not have included the stonework and windows because there was no hail damage to those parts of the property. The plaintiff will not rely on attempts to influence or interfere with the appraisal process in pursuing the bad faith and unreasonable delay claims.

**ORDERED:**   Plaintiffs' Motion to Quash and for Protective Order [Doc. No. 16] is **GRANTED**.

**ORDERED:**   Scheduling Order is approved.

**10:43 a.m.    Court in recess.**

Hearing concluded.  Total time:    17  min.