IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil action no: 1:14-cv-02283-RPM

RILEY HALE and KRISTIN HALE,

    Plaintiffs,

vs.

USAA CASUALTY INSURANCE COMPANY,

    Defendant.
_____

## ORDER OF DISMISSAL
_____

Upon review of the Stipulation for Dismissal with Prejudice, it is

ORDERED as follows:

    1. Case number 14-cv-02283-RPM is dismissed with prejudice.

    2. That each party will bear its own attorneys' fees and costs.

DATED: July 28th, 2015

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge